**CONFORM COPY**

1 | Lloyd Winawer (State Bar No. 157823)
   | lwinawer@goodwinprocter.com
2 | **GOODWIN PROCTER LLP**
3 | 10250 Constellation Boulevard, 21st Floor
   | Los Angeles, CA 90067
   | Telephone: 310-788-5177
4 | Facsimile: 310-286-0992

5 | Brian C. Devine (State Bar No. 222240)
   | bdevine@goodwinprocter.com
6 | **GOODWIN PROCTER LLP**
   | 53 State Street
7 | Boston, MA 02109-2802
   | Telephone: 617-570-1000
8 | Facsimile: 617-523-1231

9 | *Attorneys for Defendants*
   | Countrywide Financial Corp.,
10 | Countrywide Home Loans, Inc., CWALT,
   | Inc., CWMBS, Inc., CWABS, Inc.,
11 | CWHEQ, Inc., Countrywide Capital
   | Markets, Countrywide Securities Corp.,
12 | and N. Joshua Adler

FILED 10 SEP 29 PM 3:11 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP, | Case No. **CV10 7275 GHK FMOx** |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |
| COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; COUNTRYWIDE CAPITAL MARKETS; COUNTRY-WIDE SECURITIES CORPORATION; BANK OF AMERICA CORP.; NB HOLDINGS CORPORATION; DEUTSCHE BANK SECURITIES INC.; UBS SECURITIES, LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; BARCLAYS CAPITAL INC.; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIER-ACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDE-FUR; and DAVID A. SAMBOL, | |
| Defendants. | |

1  Pursuant to Local Rule 7.1-1 for the United States District Court for the Central
2  District of California, the undersigned, as counsel of record for Countrywide Financial
3  Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS,
4  Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corpora-
5  tion and N. Joshua Adler (collectively, the "Countrywide Defendants"), certifies that
6  Bank of America Corporation, as parent Company for the Countrywide Defendants,
7  may have a pecuniary interest in the outcome of this case.  These representations are
8  made to enable the Court to evaluate possible disqualification or recusal.

9
10
11                                          Respectfully submitted,
12
13  Dated:  September 29, 2010           By  /s/ Lloyd Winawer
                                           Lloyd Winawer (State Bar No. 157823)
14                                         lwinawer@goodwinprocter.com
                                           10250 Constellation Blvd. 21st Fl.
15                                         Los Angeles, California 90067
                                           Tel.: 310.788.5100
16                                         Fax: 310.286.0992

17                                         Brian C. Devine (State Bar No. 222240)
                                           bdevine@goodwinprocter.com
18                                         **GOODWIN PROCTER LLP**
                                           53 State Street
19                                         Boston, MA 02109-2802
                                           Telephone: 617-570-1000
20                                         Facsimile: 617-523-1231

21                                         *Of Counsel:*

22                                         Brian E. Pastuszenski
                                           Inez Friedman-Boyce
23
                                           *Counsel for the Countrywide Defendants*
24
25
26
27
28

1
LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **September 29, 2010**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| Maxwell M. Blecher<br>Maryann R. Marzano<br>**BLECHER & COLLINS, P.C.**<br>515 South Figueroa Stree, Suite 1750<br>Los Angeles, CA 90071<br><br>Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Hung G. Ta<br>Deborah A. Elman<br>**GRANT & EISENHOFER, P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Counsel for Plaintiff: *Stichting Pensioenfonds ABP*<br>Tel. 213-622-4222<br>Fax. 213-622-1656<br>mblecher@blechercollins.com<br>mmarzano@blechercollins.com<br><br><br>Tel: 646-722-8500<br>Fax: 646-722-8501 |
| Christopher G. Caldwell<br>Eric Pittit<br>**CALDWELL LESLIE AND PROCTOR**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>epittit@caldwell-leslie.com |
| Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com |
| Joshua G. Hamilton<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani,**<br>**Jennifer S. Sandefur,**<br><br>Tel: 213-683-6000<br>Fax: 213-627-0705<br>joshuahamilton@paulhastings.com |
| Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |

1

LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| 1  David A. Priebe<br>   Jeffrey B. Coopersmith<br>2  **DLA PIPER LLP**<br>   2000 University Avenue<br>3  East Palo Alto, CA 94303<br>4 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com |
| 5  Dean Kitchens<br>   **GIBSON DUNN & CRUTCHER LLP**<br>   333 South Grand Avenue<br>6  Los Angeles, CA 90071<br>7<br>8<br>9 | *Attorneys for Defendants:*<br>**Deutsche Bank Securities, Inc.,**<br>**UBS Securities, LLC,**<br>**Greenwich Capital Markets, Inc., and**<br>**Barclays Capital, Inc.**<br><br>Tel: 213-229-7416<br>Fax: 213-229-6416<br>dkitchens@gibsondunn.com |

10  ☑   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly
11       maintained by Federal Express, an express service carrier, or delivered to a
         courier or driver authorized by said express service carrier to receive docu-
12       ments, a true copy of the foregoing document in sealed envelopes or pack-
         ages designated by the express service carrier, addressed as stated above,
13       with fees for overnight delivery paid or provided for.

14       I declare under penalty of perjury that I am employed in the office of a mem-
    ber of the bar of this Court at whose direction this service was made and that the
15  foregoing is true and correct.

16       Executed on **September 29, 2010,** at Los Angeles, California.

17

18       _____          _____
             Britani N. Selzler                              (Signature)
19          (Type or print name)

20

---

2

LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES