**CONFORM COPY**

1  Lloyd Winawer (State Bar No. 157823)
   lwinawer@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   10250 Constellation Boulevard, 21st Floor
3  Los Angeles, CA 90067
   Telephone: 310-788-5177
4  Facsimile: 310-286-0992

5  Brian C. Devine (State Bar No. 222240)
   bdevine@goodwinprocter.com
6  **GOODWIN PROCTER LLP**
   53 State Street
7  Boston, MA 02109-2802
   Telephone: 617-570-1000
8  Facsimile: 617-523-1231

9  *Attorneys for Defendants*
   Countrywide Financial Corp.,
10 Countrywide Home Loans, Inc., CWALT,
   Inc., CWMBS, Inc., CWABS, Inc.,
11 CWHEQ, Inc., Countrywide Capital
   Markets, Countrywide Securities Corp.,
12 and N. Joshua Adler

FILED
10 SEP 29 PM 3: 12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____

13               **UNITED STATES DISTRICT COURT**
14               **CENTRAL DISTRICT OF CALIFORNIA**

GHK  FMOx

15 | STICHTING PENSIOENFONDS ABP,          | Case No.
16 |           Plaintiff,                   | CV10 7275
17 |      v.                                | **FED. R. CIV. P. 7.1 CORPORATE**
   | COUNTRYWIDE FINANCIAL                  | **DISCLOSURE STATEMENT**
18 | CORPORATION; COUNTRYWIDE               |
   | HOME LOANS, INC.; CWALT, INC.;         |
19 | CWMBS, INC.; CWABS, INC.;              |
   | CWHEQ, INC.; COUNTRYWIDE               |
20 | CAPITAL MARKETS; COUNTRY-              |
   | WIDE SECURITIES CORPORATION;           |
21 | BANK OF AMERICA CORP.; NB              |
   | HOLDINGS CORPORATION;                  |
22 | DEUTSCHE BANK SECURITIES,              |
   | INC.; UBS SECURITIES, LLC;             |
23 | GREENWICH CAPITAL MARKETS,             |
   | INC. A.K.A. RBS GREENWICH              |
24 | CAPITAL; BARCLAYS CAPITAL              |
   | INC.; STANFORD L. KURLAND;             |
25 | DAVID A. SPECTOR; ERIC P. SIER-        |
   | ACKI; N. JOSHUA ADLER; RANJIT          |
26 | KRIPALANI; JENNIFER S. SANDE-          |
   | FUR; and DAVID A. SAMBOL,,             |
27 |           Defendants.                  |

28

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corporation and N. Joshua Adler (collectively, the "Countrywide Defendants"), by and through their undersigned counsel hereby certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Countrywide Securities Corporation is a subsidiary of Countrywide Capital Markets, Incorporated. Bank of America Corporation ("Bank of America") is the ultimate parent to all of the Countrywide Defendants and their parent companies. Bank of America is a publicly held corporation whose shares are traded on the New York Stock Exchange. It has no parent corporation, and no publicly-held corporation owns more than 10% of Bank of America's shares.

Respectfully submitted,

Dated: September 29, 2010      By  /s/ Lloyd Winawer
                                    Lloyd Winawer (State Bar No. 157823)
                                    lwinawer@goodwinprocter.com
                                    10250 Constellation Blvd. 21st Fl.
                                    Los Angeles, California 90067
                                    Tel.: 310.788.5100
                                    Fax: 310.286.0992

                                    Brian C. Devine (State Bar No. 222240)
                                    bdevine@goodwinprocter.com
                                    **GOODWIN PROCTER LLP**
                                    53 State Street
                                    Boston, MA 02109-2802
                                    Telephone: 617-570-1000
                                    Facsimile: 617-523-1231

                                    *Of Counsel:*

                                    Brian E. Pastuszenski
                                    Inez Friedman-Boyce

                                    *Counsel for the Countrywide Defendants*

1

FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **September 29, 2010**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| Maxwell M. Blecher<br>Maryann R. Marzano<br>**BLECHER & COLLINS, P.C.**<br>515 South Figueroa Stree, Suite 1750<br>Los Angeles, CA 90071 | Counsel for Plaintiff: *Stichting Pensioenfonds ABP*<br>Tel. 213-622-4222<br>Fax. 213-622-1656<br>mblecher@blechercollins.com<br>mmarzano@blechercollins.com |
| Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Hung G. Ta<br>Deborah A. Elman<br>**GRANT & EISENHOFER, P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017 | Tel: 646-722-8500<br>Fax: 646-722-8501 |
| Christopher G. Caldwell<br>Eric Pittit<br>**CALDWELL LESLIE AND PROCTOR**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>epittit@caldwell-leslie.com |
| Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071 | *Attorneys for Defendant:*<br>**David A. Spector**<br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com |
| Joshua G. Hamilton<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani**,<br>**Jennifer S. Sandefur**,<br>Tel: 213-683-6000<br>Fax: 213-627-0705<br>joshuahamilton@paulhastings.com |
| Michael C. Tu<br>**ORRICK HERRINGTON AND SUT-CLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |

Goodwin Procter LLP
10250 Constellation Blvd.
Los Angeles, California 90067

| | |
|---|---|
| David A. Priebe<br>Jeffrey B. Coopersmith<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com |
| Dean Kitchens<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | *Attorneys for Defendants:*<br>**Deutsche Bank Securities, Inc.,<br>UBS Securities, LLC,<br>Greenwich Capital Markets, Inc., and<br>Barclays Capital, Inc.**<br><br>Tel: 213-229-7416<br>Fax: 213-229-6416<br>dkitchens@gibsondunn.com |

☑   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **September 29, 2010**, at Los Angeles, California.

Britani N. Selzler
(Type or print name)                               (Signature)

LIBA/2118840.1

2

PROOF OF SERVICE