Case 2:10-cv-07275-MRP -MAN   Document 141   Filed 09/13/11   Page 1 of 2   Page ID
Case 2:10-cv-07275-MRP -MAN   Document 138-01   Filed 08/24/11   Page 1 of 3   Page ID
#:15068

1  Maxwell M. Blecher (SBN 26202)
   mblecher@blechercollins.com
2  Maryann R. Marzano (SBN 96867)
   mmarzano@blechercollins.com
3  BLECHER & COLLINS, P.C.
   515 South Figueroa St., Ste. 1750
4  Los Angeles, CA 90071
   Tel:  (213) 622-4222
5  Fax: (213) 622-1656

6  Jay W. Eisenhofer, Esq. (*pro hac vice*)
   jeisenhofer@gelaw.com
7  Geoffrey C. Jarvis, Esq. (*pro hac vice*)
   gjarvis@gelaw.com
8  Deborah A. Elman, Esq. (*pro hac vice*)
   delman@gelaw.com
9  GRANT & EISENHOFER P.A.
   485 Lexington Avenue
10 New York, New York 10017
   Tel: (646) 722-8500
11 Fax: (646) 722-8501

12
   *Attorneys for Plaintiff Stichting Pensioenfonds*
13 *ABP*

14
                UNITED STATES DISTRICT COURT
15
                CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  STICHTING PENSIOENFONDS ABP, | Case No. CV 10-07275-MRP (MANx) |
| 18      *Plaintiff* | [~~PROPOSED~~] JUDGMENT OF DISMISSAL |
| 19      v. | |
| 20  COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; COUNTRYWIDE CAPITAL MARKETS; COUNTRYWIDE SECURITIES CORPORATION; BANK OF AMERICA CORP.; NB HOLDINGS CORPORATION; | Judge : Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |
| 25  (Caption continued on next page) | |

- 1 -

|  |
|---|
| DEUTSCHE BANK SECURITIES INC.; UBS SECURITIES, LLC; GREENWICH CAPITAL MARKETS, INC. A.K.A. RBS GREENWICH CAPITAL; BARCLAYS CAPITAL INC.; ANGELO R. MOZILO; STANFORD L. KURLAND; DAVID A. SPECTOR; ERIC P. SIERACKI; N. JOSHUA ADLER; RANJIT KRIPALANI; JENNIFER S. SANDEFUR; and DAVID A. SAMBOL, |
| *Defendants.* |

On August 9, 2011, this Court entered an Order granting the Motions to Dismiss the First Amended Complaint of Plaintiff Stichting Pensioenfonds ABP, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim on which relief could be granted. Those motions were filed on behalf of Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc., Countrywide Capital Markets, Countrywide Securities Corp., Bank of America Corp., NB Holdings Corp., Deutsche Bank Securities Inc., UBS Securities LLC, Greenwich Capital Markets, Inc. (now RBS Securities Inc.), Barclays Capital Inc., Stanford L. Kurland, David A. Spector, Eric P. Sieracki, N. Joshua Adler, Ranjit Kripalani, Jennifer S. Sandefur, and David A. Sambol and Defendant Angelo R, Mozilo (collectively, "Defendants").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment be entered dismissing the above-captioned Complaint with prejudice.

Dated: *September 13, 2011*        /s/ Mariana R. Pfaelzer
                                                                HON. MARIANA R. PFAELZER
                                                                United States District Judge

#47759

- 2 -

[PROPOSED] JUDGMENT OF DISMISSAL
Case No. 10-07275-MRP (MANx)